<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1885**

TATYANA ISHUTKINA,

        Plaintiff – Appellant,

    v.

GENERAL DYNAMICS CORPORATION,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, Senior District Judge. (1:12-cv-01290-TSE-JFA)

Submitted: November 22, 2013    Decided: December 5, 2013

Before KING, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tatyana Ishutkina, Appellant Pro Se. Joleen Okun, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C.; Stephen William Robinson, Melissa Lee Taylormoore, MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tatyana Ishutkina appeals the district court's order denying her motion to transfer a case from Fairfax Circuit Court. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Ishutkina v. Gen. Dynamics Corp., No. 1:12-cv-01290-TSE-JFA (E.D. Va. filed June 27 & entered June 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2